

KAUFMAN BORGEEST & RYAN LLP

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

November 21, 2019

CARA A. O'SULLIVAN
DIRECT: 646.367.6718
COSULLIVAN@KBRLAW.COM

<u>VIA ECF</u>

Honorable Ronnie Abrams, USDJ
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
Room 2203
40 Foley Square
New York, NY 10007

Re:  Woodard v. Reliance Worldwide Corporation
     Civil Action No.:   18-CV-9058 (RA)
     KBR File No.:       1028.138

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/19

Dear Judge Abrams:

As Your Honor is aware, this firm represents the Defendant in the above-referenced matter.

I write this letter to request an adjournment of the December 6, 2019 post-discovery conference as I am trial counsel for this matter and will be out of town on the day of the conference. I have conferred with Plaintiff's counsel who consents to this request. Counsel for both parties respectfully request that the Court <u>not</u> schedule the post-discovery conference on the following dates due to the unavailability of trial counsel for this matter: December 9, 10, 12, 17 to 20, January 10 to 20. Further, counsel for Plaintiff has a trial scheduled to begin on January 27 that is likely to last a couple of weeks.

Thank you for your attention to this matter.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Cara A. O'Sullivan

cc:  Gary E. Roth, Esq.

---

Application granted. The post-discovery conference is hereby adjourned to January 3, 2020 at 2 p.m.

SO ORDERED.

Hon. Ronnie Abrams
11/21/2019

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

6060801