


KAUFMAN BORGEEST & RYAN LLP

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600  FAX: 212.980.9291  WWW.KBRLAW.COM

December 16, 2019

CARA A. O'SULLIVAN
DIRECT: 646.367.6718
COSULLIVAN@KBRLAW.COM

<u>VIA ECF</u>

Honorable Ronnie Abrams, USDJ
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
Room 2203
40 Foley Square
New York, NY 10007

Re: Woodard v. Reliance Worldwide Corporation
Civil Action No.: 18-CV-9058 (RA)
KBR File No.: 1028.138

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/19

Dear Judge Abrams:

As Your Honor is aware, this firm represents the Defendant in the above-referenced matter.

I write this letter, jointly with plaintiff, to request an adjournment of the deadline for the parties to provide the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices from December 30, 2019 (30 days from the close of discovery) to January 24, 2020. The parties request this additional time as they have been discussing the potential for resolution of this matter, vacation time away from the office due to the holidays and as a post-discovery conference is scheduled before the Court on January 3, 2020 where issues may arise that are necessary to the Court-ordered submissions.

Thank you for your attention to this matter.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Cara A. O'Sullivan

Cara A. O'Sullivan

cc: Gary E. Roth, Esq.

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
12/17/2019

NEW YORK      NEW JERSEY      CONNECTICUT      CALIFORNIA

6113118