UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/3/20.

BYRON K. WOODARD,

           Plaintiff,

v.

RELIANCE WORLDWIDE CORPORATION,

           Defendant.

No. 18-CV-9058 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the parties shall file a joint letter by January 10, 2020 updating the Court on the status of settlement and proposing potential trial dates.

SO ORDERED.

Dated:    January 3, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge